IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 5:12CR50059-001

MICHAEL CARNES

### FINAL ORDER OF FORFEITURE

On November 14, 2012, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 14). On February 25, 2013, the Court entered an Amended Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 18). In the Amended Preliminary Order of Forfeiture, a Phoenix Arms, .22 caliber pistol, serial number 4161837, a Remington, model 870 shotgun, 12 gauge, serial number defaced, a Dan Wesson, .357 caliber revolver, serial number 25384, any ammunition, and $7,900.00 in United States Currency were forfeited to the United States pursuant to 18 U.S.C. § 924(d), Title 18 U.S.C. § 3665 and Title 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On February 22, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

1

On June 13, 2013, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Amended Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Amended Preliminary Order of Forfeiture entered on February 25, 2013, shall become final at this time.

IT IS SO ORDERED this 30 day of August, 2013.

HONORABLE JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 30 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK